# In The United States Court of Federal Claims

No. 00-761T

(Filed: July 17, 2006)

---

MINGO LOGAN COAL CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On July 14, 2006, the parties filed a joint status report indicating the status of *Hobet Mining, Inc. v. United States*, (Fed. Cl. No. 00-218T), and *Consolidation Coal Co. v. United States*, (Fed. Cl. No. 01-254C). Upon review of that status report, the court hereby orders that on or before September 15, 2006, and every 63 days thereafter, the parties shall file a joint status report indicating the status of *Hobet Mining* and *Consolidation Coal*.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge