IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-761 T
(Judge Allegra)

MINGO LOGAN COAL CO.,
Plaintiff,
v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

The parties hereby file a joint status report indicating the status of *Hobet Mining, Inc. v. United States*, Fed. Cl. No. 00-218 T, and *Consolidation Coal Co. v. United States*, Fed. Cl. No. 01-254 C. This document will be filed electronically.

This case involves the plaintiff's claims for refunds of (1) Black Lung Excise Taxes ("BLET") imposed on the plaintiff's export sales of coal pursuant to 26 U.S.C. § 4121 and (2) Reclamation Fees imposed on the plaintiff's export sales of coal pursuant to 30 U.S.C. § 1232. Both the BLET and the Reclamation Fees were held to be unconstitutional as applied to export sales of coal. *See Ranger Fuel Corp. v. United States*, 33 F. Supp. 2d 466 (E.D. Va. 1998) (holding that the BLET violated the Export Clause); IRS Notice 2000-28, 2000-1 C.B. 1116 (acquiescing in *Ranger Fuel*); *Consolidation Coal Co. v. United States*, 64 Fed. Cl. 718 (2005) (holding that the Reclamation Fees violated the Export Clause). The plaintiff sought refunds of the BLET it paid in certain quarters in *Hobet Mining* and sought refunds of the Reclamation Fees it paid in certain quarters in *Consolidation Coal*.

In the *Hobet Mining* case, the parties filed a stipulation concerning the amount of damages on June 1, 2007, and the clerk entered judgment on July 24. The parties plan to file notices of cross-appeal concerning two issues: (1) whether the court has jurisdiction to consider a demand for an amount paid as a tax if the plaintiff has filed no timely claim for refund; and (2) whether interest is payable on such an amount. On May 4, 2007, the Court of Appeals for the Federal Circuit issued a mandate in a case that decided those issues, *Clintwood Elkhorn Mining Co. et al. v. United States*, 473 F.3d 1373 (Fed. Cir. 2007). The United States is considering whether to petition the Supreme Court for a writ of *certiorari*. The United States requested and received an extension of time in which to file a petition, which is now due on September 24, 2007. The *Hobet Mining* case will be resolved when *Clintwood Elkhorn* is resolved.

In *Consolidation Coal*, the Court entered judgment for one test plaintiff, Jim Walter Resources, Inc., on February 22, 2007. The Government appealed the judgment to the Court of Appeals for the Federal Circuit on April 19. The Court granted the Government an extension of time within which to file its opening brief, which is now due on August 24, 2007. The remaining test plaintiffs are working with the Government to agree on the amount of damages, and discovery continues. The parties anticipate that the trial Court may require some evidentiary hearings before entering judgment for the other plaintiffs. (Mingo Logan is not one of the test plaintiffs in *Consolidation Coal*.)

Counsel for the plaintiff has reviewed this report and has authorized the defendant's counsel to file it on behalf of both parties.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

July 26, 2007