IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-761 T
(Judge Allegra)

MINGO LOGAN COAL CO.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

JOINT STATUS REPORT

The parties hereby file a joint status report indicating the status of *Hobet Mining, Inc. v. United States*, Fed. Cl. No. 00-218 T, and *Consolidation Coal Co. v. United States*, Fed. Cl. No. 01-254 C. This document will be filed electronically.

This case involves the plaintiff's claims for refunds of (1) Black Lung Excise Taxes ("BLET") imposed on the plaintiff's export sales of coal pursuant to 26 U.S.C. § 4121 and (2) Reclamation Fees imposed on the plaintiff's export sales of coal pursuant to 30 U.S.C. § 1232. Both the BLET and the Reclamation Fees were held to be unconstitutional as applied to export sales of coal. *See Ranger Fuel Corp. v. United States*, 33 F. Supp. 2d 466 (E.D. Va. 1998) (holding that the BLET violated the Export Clause); IRS Notice 2000-28, 2000-1 C.B. 1116 (acquiescing in *Ranger Fuel*); *Consolidation Coal Co. v. United States*, 64 Fed. Cl. 718 (2005) (holding that the Reclamation Fees violated the Export Clause). The plaintiff sought refunds of the BLET it paid in certain quarters in *Hobet Mining* and sought refunds of the Reclamation Fees it paid in certain quarters in *Consolidation Coal*.

In the *Hobet Mining* case, the parties filed a stipulation concerning the amount of damages on June 1, 2007, and the clerk entered judgment on July 24. On August 3, 2007, the plaintiffs filed a notice of appeal because the judgment was entered as payable without interest. On August 8, the defendant filed a notice of cross-appeal contending that the court lacked jurisdiction to consider a demand for an amount paid as a tax because the plaintiffs filed no timely claims for refund. On September 17, 2007, the parties asked the Federal Circuit to stay the appellate proceedings pending resolution of the *Clintwood Elkhorn* case described in the next paragraph. The court granted the stay on October 9.

On April 15, 2008, the Supreme Court decided that a court lacks jurisdiction of a claim for refund of BLET for any period for which the taxpayer has failed to file a timely refund claim. *See United States v. Clintwood Elkhorn Mining Co.*, 128 S. Ct. 1511 (2008). The decision in *Clintwood Elkhorn* is now final and has decided all the unresolved issues in the present case in respect of BLET.

As to the claim for a refund of the Reclamation Fees: On July 11, 2008, the Federal Circuit held that the applicable statute, properly interpreted, does not violate the Export Clause. Accordingly, it reversed the grant of summary judgment to the plaintiff and remanded for entry of a judgment consistent with the decision. *See Consolidation Coal Co. v. United States*, 2008 WL 2357325 (Fed. Cir.). Consolidation Coal has 90 days in which to petition the Supreme Court for a writ of certiorari. *See* 28 U.S.C. § 2101(c). On remand, Consolidation Coal plans to seek a new judgment in the Court of Federal Claims. It is anticipated that a final decision in *Consolidation Coal* will also resolve all Reclamation Fees claims in the present case.

Counsel for the plaintiff has reviewed this report and has authorized the defendant's counsel to file it on behalf of both parties.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

July 7, 2008