# In The United States Court of Federal Claims

No. 00-761T

(Filed: September 13, 2010)
_____

MINGO LOGAN COAL CO.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On July 22, 2010, the parties filed a joint status report indicating that the dismissal of *Hobet Mining Inc. v. United States* resolved the BLET claims and that the decision in *Consolidation Coal Co. v. United States* would resolve the remaining Reclamation Fees claims in this case. On August 2, 2010, the United States Court of Appeals for the Federal Circuit issued a decision in *Consolidation Coal Co. v. United States*, No. 2009-5083, 2010 WL 3001522 (Fed. Cir. Aug. 2, 2010). On or before September 24, 2010, the parties shall file a joint status report addressing the impact of the Federal Circuit's decision in *Consolidation Coal* on the Reclamation Fees claims in this case.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge