# In The United States Court of Federal Claims

No. 00-761T

(Filed: October 29, 2010)

_____

MINGO LOGAN COAL CO.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On October 28, 2010, the parties filed a joint status report and motion for continued stay pending a petition for writ of certiorari in *Consolidation Coal Co. v. United States*. The parties' request is hereby **GRANTED**. On or before February 4, 2011, the parties shall file a joint status report indicating the status of Consolidation Coal's petition for writ of certiorari.

    **IT IS SO ORDERED.**

s/ Francis M. Allegra  
Francis M. Allegra  
Judge