# In The United States Court of Federal Claims

No. 00-761T

(Filed:  February 7, 2011)
_____

MINGO LOGAN COAL CO.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

On February 4, 2011, the parties filed a joint status report and motion for continued stay pending the grant or denial of *writ of certiorari* in *Consolidation Coal Co. v. United States*.  The parties' motion is hereby **GRANTED**.  Within fourteen days of the grant or denial of *writ of certiorari*, the parties shall file a joint status report, indicating how this case should proceed.

    **IT IS SO ORDERED.**

                                       s/ Francis M. Allegra  
                                       Francis M. Allegra  
                                       Judge