# In The United States Court of Federal Claims

No. 00-761T

(Filed: June 28, 2011)

_____

MINGO LOGAN COAL CO.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 27, 2011, the parties filed a joint status report notifying the court that the Supreme Court denied Consolidation Coal's petition for writ of *certiorari*. The court hereby restores this case to the active docket. On or before July 12, 2011, the parties shall file a joint status report proposing a schedule for briefing on defendant's motion for summary judgment.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra  
                                        Francis M. Allegra  
                                        Judge