# In The United States Court of Federal Claims

No. 00-761T

(Filed: July 28, 2011)

_____

MINGO LOGAN COAL CO.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On July 22, 2011, the parties filed a joint status report in this case. Based on the schedule contained in that status report, plaintiff shall file its motion for summary judgment on or before September 12, 2011, with all subsequent filings as to this motion to be filed in accordance with the timing provisions of the RCFC.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge