# In The United States Court of Federal Claims

No. 00-761T

(Filed: May 4, 2012)

_____

MINGO LOGAN COAL CO.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Oral argument on parties' motion for summary judgment will be held in this case on Wednesday, June 6, 2012, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled argument time.

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge