# In The United States Court of Federal Claims

No. 00-761T

(Filed: June 6, 2012)

_____

MINGO LOGAN COAL CO.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On or before June 22, 2012, the parties may file a stipulation of dismissal that preserves plaintiff's right to appeal. Alternatively, plaintiff may notify the court that it wishes the parties' cross-motions for summary judgment to be decided.

**IT IS SO ORDERED.**


                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge