# In The United States Court of Federal Claims

No. 00-761T

(Filed: June 28, 2012)

---

MINGO LOGAN COAL CO.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

---

**ORDER**

---

A telephonic status conference will be held in this case on Friday, June 29, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge