# In The United States Court of Federal Claims

No. 00-761T

(Filed: July 2, 2012)

_____

MINGO LOGAN COAL CO.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 29, 2012, the parties filed a joint stipulation for entry of judgment. Pursuant to that stipulation, the Clerk is hereby directed to enter judgment in this case in favor of defendant. No costs.

**IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge